1983 Form



# In the United States District Court
# For the Northern District of Alabama

Davon Ellis 234394

_____

_____

_____

CV-16-K-1004-S

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Claude S Strown

_____

_____

_____

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit

       Plaintiff(s): _____

       Defendant(s) _____

   2.  Court (if Federal Court, name the district; if State Court, name the county)

       _____

   3.  Docket Number _____

   4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (X)   No ( )

   C. If your answer is YES:

      1. What steps did you take? Lt Petterson was standing there when Officer Claude Strawn Refuse to Return to his Post and Sprayed me

      2. What was the result? Lt Petterson 3 Warden Bolling had me to write A Statment

   D. If your answer is NO, explain why not? _____

III. Parties

   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) Daven Ellis 234394

   Address 100 Warrior Lane Bessemer Alabama 35023

- 2 -

In Item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant  Claude S. Strown

   is employed as  CO1

   at  Williams E. Donaldson Correctional Facility
   100 Warrior Ln Bessemer AL 35023

C. Additional Defendants

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

On June 14 2016 during feeding hours By they have Inmates In a Dorm they Say we Cant go eat or Be around other Inmates we was eating by ourselves so Before I went into the dinning hall I ask the officer to go in with me Because officer Strown & stewed Johnson had already wrote me 3 disciplinarys they had Been Trying to write me up Because officer strown kept telling me like 2 Months ago "the fist Chance I get Im gone Beat Your Ass" So Now 2 months later he say he saw me Running from the Kitchen, & I was 3B in Got the Stewed to write Me up. So from then On when I go eat I would stop at the Kitchen door and ask a officer to walk thur with me, So after going thur the line getting My food I eat and when I went to Put My tray up, Strown & stewed Johnson told the Lt which was Lt Patterson So I walked up to Lt Patterson and asked him to stand on the line why we came thur and eat officer strown Run around the line came thur 2 locked doors Ran up on me Lt Patterson told him to Return to his Post Lt Patterson was standing Between the Both of us he then Pulled his mase and sprayed me & Lt Patterson officer white & 5 other Inmates In the face.

- 3 -

I Myself had to get medical attention along with Officer Whitt and 3 other Inmates along with Lt Petterson, after he sprayed me he then Waited By the West Barber Shop why I was Write my statment he told me "Im gone kill your Ass" I Reported it to the Kaptain and was Ignored.

## V. RELIEF

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Would Like to Sue for the Pain & Suffering that I went through and I would like for the Court to Ask that I Be Remove from this facility Because I fear for my life. Im Asking for $50,000 for Pain & Suffering and Ask that he Be Remove from his Job. with Assault Charge.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 16 2016**
(date)

Signature(s)

- 4 -

Davon L. Ellis 28934
100 Warrior Lane
Bessemer AL 35023

United States District Court Northern District of Alabama
Federal Courthouse,
1729 Fifth Ave South
Birmingham AL 35203

MY LEGAL ONLY

$ 000.67
JUN 17 2016
MAILED FROM ZIP CODE 35023