# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAVON L. ELLIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action Number |
| | ) | **2:16-cv-01004-AKK-SGC** |
| **CLAUDE S. STROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>MEMORANDUM OPINION</u>

The magistrate judge filed a report on April 17, 2017, construing defendant's special report as a motion for summary judgment and further recommending that the motion be granted. Doc. 22. The court advised the parties of their right to file specific written objections within fourteen days. *Id.* at 14–15. Davon L. Ellis did not file any objections within the allotted time.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED**, and her recommendation **ACCEPTED**. Consequently, defendant's motion for summary judgment, doc. 17, is due to be granted, and Ellis's claims dismissed. The court will contemporaneously enter an order of final judgment in accordance with the foregoing.

**DONE** the 22nd day of May, 2017.

_____

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE